# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DOUG STEWART, | : | Case No. 3:12-CV-199 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| - vs - | | |
| | : | |
| KETTERING HEALTH NETWORK, *et al.*, | | |
| Defendants. | : | |

**ORDER GRANTING *NUNC PRO TUNC* THE PARTIES' JOINT MOTION TO MODIFY PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC. 18)**

The parties' joint motion to modify the Preliminary Pretrial Order (doc. 18) is **GRANTED** *NUNC PRO TUNC*. All other scheduled dates, besides the experts' report dates referenced in the motion, remain unchanged. Defendants shall produce their expert's report(s) on or before January 15, 2013. Plaintiff's rebuttal expert's report(s) shall be produced on or before February 15, 2013.

**IT IS SO ORDERED.**

November 19, 2012                                         s/ **Michael J. Newman**
                                                          United States Magistrate Judge